## AUGUSTUS J. SIMMONS *v.* STATE OF CONNECTICUT ET AL.
### (9213)

SPALLONE, DALY and FOTI, Js.

Argued January 7—decision released January 22, 1991

*Otto P. Witt,* for the appellant (plaintiff).

*Arnold K. Shimelman,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellees (named defendant et al.).

PER CURIAM. The judgment is affirmed.